## FREDERICK DIENER

*vs.*

## CHARLES SCHLEY et al.

APPEAL IN EQUITY FROM WALWORTH CIRCUIT COURT.

THIS was an appeal from a final decree, based upon the finding of the jury as returned to the court, in the preceding case, and was in conformity with the prayer of the bill, and as the statement of facts is the same as in the preceding case, it is unnecessary to repeat them here.

*By the Court,* WHITON, C. J.    This is an appeal from the final decree, made in the preceding case.    As the final decree was founded on the finding of the jury, the same reasons exist for reversing it, that are given for reversing the order made in that case.    The decree must therefore be reversed, and the case sent back for further proceedings.